# United States District Court

**SOUTHERN**      DISTRICT OF      **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Maria Del Socorro Sigala-Muniz** *Principal*

YOB:      1977

**CRIMINAL COMPLAINT**

United States District Court
Southern District of Texas
Mexico   **FILED**

**JUL 11 2018**

**Clerk of Court**

Case Number:

**M-18-1413-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____**July 9, 2018**_____ in _____**Hidalgo**_____ County, in the _____Southern_____ District of _____Texas_____ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Enoc Inga-Huaynalaya and Solin Quinones-Huayre, both citizens and nationals of Peru, along with five (5) other undocumented aliens, for a total of seven (7), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: a residence located in Donna, Texas and Edinburg, Texas.**

in violation of Title ____**8**____ United States Code, Section(s) ____**1324(a)(1)(A)(iii)**____
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On July 8, 2018, Border Patrol Agents received information regarding a possible house used to harbor undocumented aliens located at 4313 N. FM 493 in Donna, Texas.**

**On July 9, 2018, Agents conducted surveillance on the suspected stash house when they observed two females and a male subject depart in a Dodge Charger. Agents followed the vehicle and contacted Hidalgo County Constables Office (HCCO) to assist with a vehicle stop. HCCO Deputies conducted a traffic stop on the vehicle for Unauthorized License Plate.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:      [X] Yes   [ ] No

_____
Signature of Complainant

Julio C. Peña          Senior Patrol Agent
_____
Printed Name of Complainant

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

July 11, 2018
_____
Date

J Scott Hacker                , U. S. Magistrate Judge
Name and Title of Judicial Officer

at   McAllen, Texas
_____
City and State

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-18- |4|3 -M

**RE:    Maria Del Socorro Sigala-Muniz**

**CONTINUATION:**

Agents approached the vehicle and identified themselves as Border Patrol Agents. The driver was identified as a juvenile United States Citizen. The front seat passenger was identified as Giovanny Robles-Sigala, a United States Citizen, and the back seat passenger was identified as Maria Del Socorro Sigala-Muniz, a Lawful Permanent Resident.

Sigala was questioned regarding her suspected involvement in human smuggling to which Sigala stated there was six illegal aliens at the residence. Sigala claimed that her juvenile daughter was renting the stash house where the aliens were located. At this time, Sigala was read her Miranda Rights and further claimed that there was an additional female illegal alien being harbored at her home in Edinburg, Texas. Sigala provided agents with verbal and written consent to search both properties.

Robles was questioned regarding his suspected involvement, however he stated he was only accompanying his mother and sister.

Agents along with HCCO Deputies proceeded to the suspected stash house and discovered six subjects. Enoc Inga-Huaynalaya, Solin Quinones-Huayre, and the four additional subjects were determined to be illegally present in the United States.

Subsequently, additional agents proceeded to the Edinburg residence and discovered one female subject who was determined to be without the proper documents to be present in the United States.

All subjects were transported to the McAllen Centralized Processing Center to be processed accordingly.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-18- |4|3 -M

RE:     Maria Del Socorro Sigala-Muniz

**CONTINUATION:**

**PRINCIPALS STATEMENT:**
Maria Del Socorro Sigala-Muniz was read her Miranda Rights. She understood and agreed to provide a sworn statement.

Sigala stated she went along with her daughter to buy food for the illegal aliens. Sigala claims they have dropped off food and water several times, but never received money to house the illegal aliens.

**MATERIAL WITNESSES STATEMENTS:**
Enoc Inga Huaynalaya and Solin Quinones-Huayre were read their Miranda Rights. Both understood their rights and provided a sworn statement.

Inga, a citizen of Peru, made his smuggling arrangements for $2,000 USD. After crossing illegally into the United States, he was taken to the trailer home where he was arrested. Before being arrested, two females showed up to the trailer home. The females told him they were going to wash his clothes. Inga gave the females his clothes only keeping a pair of shorts on. The two females also told him and the other people in the trailer home not to make any noise and not to go outside. Inga identified, Sigala-Muniz, through a photo lineup as one of the females that took his clothes to get washed and brought him food.

Quinones, a citizen of Peru, stated his brother-in-law made the smuggling arrangements for $5,000 USD and has paid $2,500 USD. Quinones stated that he crossed illegally into the United States along with ten other undocumented aliens. They were all picked up and taken to a stash house. A few hours later, he was transported to a parking lot where he was picked up by two females. Quinones was told to hide, by ducking down, while being transported. After arriving at the stash house, he was told to enter the house and they would be back to bring them food. The females also took his clothes because they were going to wash them. The females told Quinones to stay quiet and not to go outside. Quinones identified, Sigala-Muniz, as one of the females that transported him to the stash house, took his clothes to get washed, brought food, told him to stay quiet and not go outside.